ALICE M. HOAR et al., by CHARLOTTE HOAR, their Guardian ad Litem, Appellants, *v.* WILLIAM H. H. HOAR, Respondent.

(Argued January 23, 1891; decided February 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 14, 1888, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court and denied a motion for a new trial.

*Henry Daily, Jr.,* for appellants.

*T. F. Bush* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

MARY R. VAN CAMPEN, Appellant, *v.* JOHN D. FORD, Indivdually and as Executor, etc., Respondent.

(Argued January 23, 1891; decided February 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 21, 1889, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Henry Daily, Jr.,* for appellant.

*Clarence Melbury Smith* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.